# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

## SAVANNAH DIVISION

IDA MAE POLITE,       )
                           )
     Plaintiff,        )
                           )
v.                    )     Case No.  CV415-027
                           )
TA OPERATING, LLC,[1]    )
                           )
     Defendant.     )

## REPORT AND RECOMMENDATION

Pursuant to the Federal Arbitration Act and Fed. R. Civ. P. 12(b), defendant TA Operating, LLC specially appeared to move this Court to dismiss *pro se* plaintiff Ida Mae Polite's employment discrimination Complaint and to compel arbitration.  Doc. 6.  The Court previously warned plaintiff that she must timely oppose all dispositive motions and that her "[failure to respond within the applicable time period shall indicate that there is no opposition. . . ." Doc. 3 at 5.

Polite has failed to oppose defendant's motion, which is otherwise supported, so the Court should **GRANT** defendant's motion to compel

---

[1] Plaintiff improperly named this defendant as Travel Centers of America, Inc.  Doc. 6 at 1.  The Court has amended the caption. The Clerk is **DIRECTED** to amend the docket caption accordingly, and all subsequent filings shall conform.

and this case should be **DISMISSED**. Doc. 6.

**SO REPORTED AND RECOMMENDED** this __12th__ day of May, 2015.

_G. R. Smith_

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA