IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

IDA MAE POLITE, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV415-027
 )
TA OPERATING, LLC, )
 )
    Defendant. )
 )

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 8), to which no objections have been filed. After a careful review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case and Defendant's Motion to Compel Arbitration (Doc. 6) is **GRANTED**. As a result, Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 26th day of June 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA